IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:11CV19-RLV

| | |
|---|---|
| FEDERICK L. BLUE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APPALACHIAN STATE )<br>UNIVERSITY )<br>Defendant, )<br>CALDWELL COMMUNITY )<br>COLLEGE )<br>Defendant. )<br>_____) | **ORDER** |

**THIS MATTER** is before the Court upon the Plaintiff's Application To Proceed District Court Without Prepaying Fees Or Costs, filed by short form, July 1, 2010.

By the instant Motion, the Plaintiff seeks to proceed on his Complaint against Defendant pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination without having to prepay the costs associated with bringing this action.

In support of this Motion, the Plaintiff has submitted an Application which reflects that he currently is not employed. Such Application further reflects that Plaintiff in the last twelve months has not received any source of income. The Application represents that Plaintiff has $11.01 in a savings account. Moreover, the Plaintiff reports that he owns a 1977 Mercedes Benz but did not state the value of the automobile. Further the Application represents that the Plaintiff does not own any real estate, stocks, or bonds. Additionally, the Plaintiff reports that his monthly expenses are: (1) a car payment $316;

(2)car insurance $135 and a cell phone bill which various in amount monthly.

Other than his own representations of indigence, the Plaintiff does not provide any other description of means of support for himself and shows no future income in the Application.

In light of his representations, the Court does not understand how the Plaintiff is able to sustain himself, absent any evidence of support of any kind. Therefore, the Court will hold the Plaintiff's Application To Proceed In District Court Without Prepaying Fees Or Costs in abeyance until such time as the Plaintiff provides additional information to the Court to support his allegations of indigence.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. That the Plaintiff's Application To Proceed In District Court Without Prepaying Fees Or Costs is held in **ABEYANCE;**

2. That within thirty (30) days of the date of this Order, the Plaintiff shall submit to the Court additional information to support his allegations on the Long Form Application. <u>Failure to comply with the instant directive will result in the summary dismissal of the Plaintiff's case.</u>

Signed: March 7, 2011

Richard L. Voorhees
United States District Judge