# United States District Court
# For The Western District of North Carolina
# Statesville Division

FREDERICK L. BLUE,

    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                      5:11CV19

APPALACHIAN STATE
UNIVERSITY AND CALDWELL
COMMUNITY COLLEGE,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 25, 2012 Order.

Signed: January 25, 2012

Frank G. Johns, Clerk
United States District Court